UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PHILLIP RANDALL TILLIE #636229,

    Plaintiff,

v.

                                      Case No: 2:23-cv-112

UNKNOWN MILLER et al,                HON. ROBERT J. JONKER

    Defendants.
                                           /

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 10, 2025 (ECF No. 25). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 25) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 21) is GRANTED.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated: March 28, 2025                          /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                       UNITED STATES DISTRICT JUDGE